# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JULIANNE L'ARGENT,**

        **Plaintiff,**

**-vs-**                                               **Case No. 6:04-cv-1787-Orl-31KRS**

**UNITED SPACE ALLIANCE, LLC,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S NOTICE OF WITHDRAWAL OF COUNSEL (Doc. No. 43)** |
| **FILED:** | **May 12, 2005** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

On May 12, 2005, defendant United Space Alliance, L.L.C. filed a notice that one of its attorneys, Kara S. Nickel, Esq. is withdrawing from this case. Middle District of Florida Local Rule 2.03(b) states that no attorney who has appeared in a case by withdraw "except by written leave of Court . . . ." Therefore, I treat the Notice of Withdrawal as a motion to withdraw and grant it. Kara S. Nickel, Esq. is withdrawn from this case.

**DONE** and **ORDERED** in Orlando, Florida on May 16, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties