# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JULIANNE L'ARGENT,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No.  6:04-cv-1787-Orl-31KRS**

**UNITED SPACE ALLIANCE, LLC,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO APPEAR FOR DEPOSITION (Doc. No. 42-1)**
>
> **FILED:** May 2, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

It is **ORDERED** that Plaintiff Julianne L'Argent shall appear for a deposition at a date, time, and place to be noticed by counsel for United Space Alliance, LLC at least ten days in advance of the selected date, after a good faith effort to arrive at an agreement regarding the date, time, and place of the deposition.  If the parties are unable to reach an agreement on scheduling, they should promptly contact my courtroom deputy clerk, Samantha Daniels, at 407/835-4320 to schedule a telephone conference at which I will schedule the deposition.  If such a telephone conference is required, counsel for the parties shall have their schedules, and the schedule of

L'Argent, with them so that the Court can determine the appropriate date, place, and time for the deposition.

It is further **ORDERED** that L'Argent shall file and serve, on or before May 23, 2005, the following: (1) a sworn statement supporting her response to the motion for sanctions, to which sworn statement she may attach any medical records she wishes the Court to consider; (2) a financial affidavit setting forth her income, assets, and liabilities; and (3) any evidence she wishes the Court to consider concerning whether the sanctions sought are based on a reasonable hourly rate, reasonable number of hours, and whether the costs were reasonable and necessarily incurred. I will consider the request for sanctions after reviewing L'Argent's supplemental filing.

**DONE** and **ORDERED** in Orlando, Florida on May 18, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties